Harold Eugene BAXTER, Appellant,

v.

The STATE of Texas, Appellee.

No. 28664.

Court of Criminal Appeals of Texas.

Dec. 12, 1956.

No attorney for appellant of record on appeal.

Henry Wade, Criminal Dist. Atty., and George P. Blackburn, Asst. Dist. Atty., Dallas, and Leon Douglas, State's Atty., Austin, for the State.

PER CURIAM.

The conviction, on a plea of guilty, is for the offense of driving while intoxicated; the punishment, 3 days in jail and a fine of $100.

The record on appeal contains no statement of facts or bills of exception. All proceedings appear to be regular and nothing is presented for review. The judgment is affirmed.

Gene David WALDEN, Appellant,

v.

The STATE of Texas, Appellee.

No. 28703.

Court of Criminal Appeals of Texas.

Dec. 12, 1956.

No attorney for appellant of record on appeal.

Leon Douglas, State's Atty., Austin, for the State.

PER CURIAM.

The offense is driving while intoxicated; the punishment, 3 days in jail and a fine of $50.

The record on appeal contains no statement of facts or bills of exception. All proceedings appear to be regular and nothing is presented for review. The judgment is affirmed.